Certificate Number: 15317-VAE-DE-019355103

Bankruptcy Case Number: 12-35782



15317-VAE-DE-019355103

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 5, 2012</u>, at <u>6:55</u> o'clock <u>PM PDT</u>, <u>Wardell Mosbey Sr</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:    <u>October 5, 2012</u>         By:    <u>/s/Esther Sorrilla</u>

Name:    <u>Esther Sorrilla</u>

Title:    <u>Counselor</u>