# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☑ Debtor
      ☐ Attorney [If Applicable:] Name: _____
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband **and** Wife
                     ☑ Husband **Only**
                     ☐ Wife **Only**

*[If applicable]* Case Name:  Wardell Mosby
*[If applicable]* Case No./Adversary Proceeding No.:  12-35782
*[If applicable]* Creditor Name: _____

☑ Street Address    ☑ Mailing Address
New Address:  5604 Crenshaw Rd., Apt 1513
              No. and Street, Apt., P. O. Box or R. D. No.

City:  Richmond                State:  VA     Zip:  23227

☑ Street Address    ☑ Mailing Address
Old Address:  4804 Kinloch Ln
              No. and Street, Apt., P. O. Box or R. D. No.

City:  Henrico                 State:  VA     Zip:  23231

Telephone Number: (_____) _____
**Please include area code**

/s/ Jessica Fellows
Signature of Filer [*check filer type below*]:
☑ Attorney for Debtor
☐ Debtor  *[If joint case and address is for __husband and wife__, both debtors must sign.]*
☐ Creditor
☐ Attorney

Date:  6/23/2014
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]